■ In the Matter of CRAIG DAVID SANDOK, an Attorney, Resignor. [820 NYS2d 907]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ. (Filed Aug. 8, 2006.)

■ In the Matter of HERBERT PETER SORG, JR., an Attorney, Resignor. [820 NYS2d 908]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 16, 2006.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HURLEY, Appellant. [821 NYS2d 545]—Motion for writ of error coram nobis denied. Present—Pigott, Jr., P.J., Kehoe, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PENNINGTON, Appellant. [821 NYS2d 545]—Motion for writ of error coram nobis denied. Present—Pigott, Jr., P.J., Hurlbutt, Scudder and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR SHERIFF, Appellant. [821 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Pigott, Jr., P.J., Scudder, Kehoe and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT C. HINTON, JR., Appellant. [823 NYS2d 116]—Motion for writ of error coram nobis denied. Present—Pigott, Jr., P.J., Hurlbutt, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GRANT BENTON, Appellant. [821 NYS2d 545]—Motion for writ of error coram nobis denied. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE L. TORRES, Appellant. [821 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL L. TAYLOR, Appellant. [821 NYS2d 545]—Motion for writ of error coram nobis denied. Present—Pigott, Jr., P.J., Gorski, Martoche, Smith and Green, JJ.